# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1184
Lower Tribunal No. B23-18387

_____

**Laforest Frantz,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Ritamaria Gonzalez Cuervo, Judge.

Laforest Frantz, in proper person.

James Uthmeier, Attorney General, and Liz Marie Feliz, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.